# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lauren Kate Hailey,<br><br>Plaintiff,<br><br>v.<br><br>Paul Penzone,<br><br>Defendant. | No.  CV-21-01712-PHX-DGC<br><br><br>**ORDER** |

Pending before the Court is Magistrate Judge Camille D. Bibles' Report and Recommendation filed on January 27, 2022.  Doc. 10.  No objections have been filed.

Magistrate Judge Bibles recommends the District Court dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.  Plaintiff's mail has been returned as undeliverable two times (Docs. 9, 11) due to her release from custody.   At the time of this order, Plaintiff has still failed to update her address.

**IT IS ORDERED:**

1. The Court adopts the Report and Recommendation of Magistrate Judge Camille D. Bibles.  Doc. 10.
2. This matter is dismissed without prejudice pursuant to Rule 41(b).

/ / /

/ / /

3. The Clerk's Office shall close this case and enter judgment accordingly.

Dated this 16th day of March, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge